**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6736**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DUALA CHAPPELL,

Defendant - Appellant.

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville.  Samuel G. Wilson,
District Judge.  (3:95-cr-00017-3-SGW)

Submitted:  September 29, 2009        Decided:  October 14, 2009

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Duala Chappell, Appellant Pro Se.  Jean Bartlett Hudson,
Assistant United States Attorney, Charlottesville, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Duala Chappell appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Chappell</u>, No. 3:95-cr-00017-3-SGW (W.D. Va. Mar. 20, 2009). We deny Chappell's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>